NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0001079
09-OCT-2014
08:35 AM

NO. CAAP-11-0001079

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ASSOCIATION OF APARTMENT OWNERS OF ILIKAI APARTMENT BUILDING,
Petitioner-Appellee,
v.
SVC-HAWAII, L.P.; SVC-WAIKIKI, LLC; and SHELL OWNERS ASSOCIATION-
HAWAII,
Respondents-Appellants,

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. No. 10-1-0303)

ORDER APPROVING STIPULATION FOR
DISMISSAL OF APPEAL WITH PREJUDICE
(By: Fujise, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal with Prejudice, filed by Respondents-Appellants SVC-
Hawaii, L.P., SVC-Waikiki, LLC, and Shell Owners Association-
Hawaii (Appellants), on September 22, 2014, and the record, it
appears that (1) Appellants and Petitioner-Appellee Association
of Apartment Owners of Ilikai Apartment Building (AOAO) stipulate
to dismiss Appeal No. CAAP-11-0001079; (2) Appellants and the
AOAO, through their attorneys, have signed the stipulation; (3)
the stipulation provides that "[e]ach party shall bear their own
attorneys' fees and costs but for those allocated by separate
agreement"; (4) no fees are due; and (5) Hawai'i Rules of
Appellate Procedure Rule 42(b) provides, "[i]f the parties to a
docketed appeal or other proceeding sign and file a stipulation
for dismissal, specifying the terms as to payment of costs, and

pay whatever fees are due, the case shall be dismissed upon approval by the appellate court[.]"

Therefore, IT IS HEREBY ORDERED that Appeal No. CAAP-11-0001079 is dismissed. Appellants and the AOAO shall bear their own appellate costs and fees but for those allocated by separate agreement.

DATED: Honolulu, Hawaiʻi, October 9, 2014.

Presiding Judge

Associate Judge

Associate Judge